# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| SUPER WASH, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 06 C 50169 |
| ) | |
| v. ) | |
| ) | Judge Philip Reinhard |
| RICHARD ALLEN, MICHAEL HRUSKOCY, ) | Magistrate Judge P. Michael Mahoney |
| JOHN KROHN, individuals, and MJR ) | |
| ASSOCIATES, INC., an Illinois corporation, ) | |
| ) | |
| Defendants. ) | |

## MOTION OF DEFENDANTS RICHARD ALLEN, MICHAEL HRUSKOCY, JOHN KROHN, INDIVIDUALS, AND MJR ASSOCIATES, INC., FOR JUDGMENT AND FOR SANCTIONS

NOW COME Defendants Richard Allen, Michael Hruskocy, John Krohn, individuals, and MJR Associates, Inc., an Illinois corporation (collectively "MJR Defendants") and move this Court for entry of judgment pursuant to the settlement reached between the MJR Defendants and Plaintiff Super Wash, Inc. (Super Wash) at a settlement conference presided over by the Honorable Magistrate Judge P. Michael Mahoney on December 12, 2006 and for sanctions based on Plaintiff's bad faith refusal to execute the settlement documents.

After protracted negotiations over several hours involving counsel and representatives of the parties, the terms of the settlement were agreed to between the parties as recited by Magistrate Judge Mahoney. There being no unresolved issues, a judgment to enforce the settlement is warranted.

A Memorandum of Law in support of this Motion is attached. A draft judgment is also attached.

Date: February 14, 2007

Respectfully submitted,

s/ Robert V. Jambor
Robert V. Jambor
Li-Chung Daniel Ho
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
Phone: (312) 616-5600
Fax: (312) 616-5700

Attorneys for Defendants RICHARD ALLEN, MICHAEL HRUSKOCY, JOHN KROHN, individuals, and MJR ASSOCIATES, INC., an Illinois corporation